IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Respondent/Plaintiff,

v.                                                 Nos. CIV 07-371 JB/WPL
                                                        CR 05-0780 JB

ISMAEL HERRERA-HERNANDEZ,

    Movant/Defendant.

### ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD), filed June 28, 2007. The parties were notified that objections were due within ten days of service of the PFRD and that, if no objections were filed, no appellate review would be allowed. To this date, no objections have been filed.

IT IS THEREFORE ORDERED that:

1)     the Magistrate Judge's Proposed Findings and Recommended Disposition are adopted by the Court;

2)     the Motion to Vacate, Set Aside, or Correct Sentence is denied; and

3)     CV 07-0371 JB/WPL is dismissed with prejudice.

                                                        _____
                                                         JAMES O. BROWNING
                                                        UNITED STATES DISTRICT JUDGE